UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
URBAN JUSTICE CENTER-SAFETY NET
PROJECT (UJC-SNP), and LAETICIA MIGUEL,
individually, and on behalf of all persons similarly situated,

Plaintiffs

        __ Civ. ____

    -against-

        <u>ORDER TO SHOW CAUSE</u>

BROOKE ROLLINS, in her official capacity as
Secretary of the U.S. Department
of Agriculture (USDA),

      Defendant.
------------------------------------------------------------ X

    Upon the annexed declaration affirmation of Pavita Krishnaswamy, dated October 27, 2025, the annexed declaration of HELEN STROM dated October 27, 2025; the annexed declaration of MOLLY WASOW PARK, dated October 27, 2025; the annexed declaration of LAETICIA MIGUEL, dated October 24, 2025; upon the attached exhibits, and Plaintiffs' Memorandum of Law, and upon all the proceedings heretofore had herein, LET the Defendant or Defendant's attorneys show cause before me or one of the Judges of this Court, at a Motion Term of the Federal District Court for the Southern District of New York, Room _____, located at 500 Pearl Street, in the County of New York, City and State of New York, on the ___ day of _____, 2025, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, why an Order should not be made, pursuant to 28 U.S.C. § 2202 and Rules 65 and 54, Fed. R. Civ. P.:

1. Granting a preliminary injunction staying Defendant from terminating the waiver of ABAWD work rules and time limits previously issued by USDA on October 2, 2024, and extending through February 28, 2026; and

2. Granting such other and further relief as may be just.

**Temporary Restraining Order**

**BE IT FURTHER ORDERED, that pending the hearing of this motion, LET any action on the part of Defendant to terminate the waiver of ABAWD work rules and time limits previously issued by USDA on October 2, 2024, BE STAYED.**

SUFFICIENT CAUSE THEREFORE APPEARING, LET personal service of a copy of this order, together with a copy of the affidavits annexed thereto, on Defendants by service upon the U.S. Attorney for the Southern District of New York, on or before the ____ day of _____, 2025, be sufficient. Proof of service of these papers is to be filed with the Court on or before October ____, 2025.

SO ORDERED:

Dated:      October_____, 2025
            Brooklyn, New York

_____
UNITED STATES DISTRICT JUDGE