UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URBAN JUSTICE CENTER - SAFETY NET PROJECT, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture (USDA),<br><br>Defendants. | Civ.<br><br>**DECLARATION** |

### DECLARATION OF LAETICIA MIGUEL

I, LAETICIA MIGUEL, declare that the following is true and correct to the best of my knowledge:

1. My name is Laeticia Miguel. I am a plaintiff in this action.
2. I live in Queens, New York, with my husband.
3. I am 35 years old.
4. I receive Supplemental Nutrition Assistance Program ("SNAP") benefits of $546 per month for myself and my husband.
5. I also receive Cash Assistance, Medicaid, and a CityFHEPS housing subsidy.
6. My husband and I have no income aside from our public benefits.
7. I am not working right now because I am taking care of my husband, who has multiple chronic medical needs.

8. My husband has appointments three times each week to undergo necessary treatment for his medical conditions. These treatments last several hours. Depending on traffic, it takes between forty minutes and an hour and a half each way to get to and from his appointments with the medical transportation service we use, so sometimes we are out of the house for nearly seven hours at a time on treatment days. My husband frequently has other medical appointments as well to monitor his conditions.

9. My husband depends on me to coordinate his medical care. He is forgetful and experiences brain fog as a side effect of his course of treatment, and he does not remember to take his medication or go to medical appointments unless I remind him. He will not leave for appointments without me and cannot travel independently, so I have to go with him to every medical appointment.

10. My husband's primary language is Lingala, so he also relies on me to interpret and advocate for him at medical appointments.

11. He also depends on me for many activities of daily living. I try not to leave him at home alone for more than thirty minutes at a time because he has impaired vision and often trips. He often becomes confused and disoriented; on two different occasions, I came home to find that he had started a fire in the kitchen when trying to prepare food for himself, and he could not remember or tell me what happened. He cannot lift or carry heavy things. He has a limited range of motion in his arm, so he cannot check his own blood pressure, and he often needs help in the shower.

12. I last worked in 2022 as a supervisor at a child welfare agency. When my husband got sick, I told my employer I would have to leave early some days to take him to medical appointments. The week after I shared this with my employer, I was fired.

13. I applied for another job after I was fired. After I told the employer that my schedule would need to accommodate my husband's regular medical appointments, I was rejected from the job. The employer told me that it sounded like I had too much going on and I should focus on taking care of myself.

14. The New York City Human Resources Administration ("HRA") has found me exempt from Cash Assistance work requirements because I am needed at home to care for my husband.

15. I also have medical problems of my own. I see several specialists and go to physical therapy twice a week, and I am supposed to start another treatment once I finish this round of physical therapy. I am waiting to get two different surgeries.

16. Over the last month, between my appointments and my husband's, I went to medical appointments nearly every other day.

17. I have applied for Supplemental Security Income ("SSI") disability benefits for myself, but my application was denied.

18. Prior to October 2025, I was receiving SNAP benefits of only $292 per month as a household of one person because my husband did not yet qualify for SNAP. It was not possible to feed both myself and my husband for an entire month with these benefits.

19. Each month when I received my SNAP benefits, I would do one large grocery shopping trip to restock the kitchen, which typically would use up the entire $292 benefit. The rest of the month, I had to rely on food pantries to get anything else we might need. I typically went to food pantries one day per week while my husband was in treatment. I had to go to as many as five pantries during that time to find all the items we needed. My husband's diet is very restricted due to his medical conditions, so food pantries do not always have

3

food that he can eat. Even going to a variety of different food pantries, it is difficult to get fresh and healthy food that meets our dietary needs like produce, fish, and brown rice.

20. Our cash assistance benefit is only $131.98 twice per month, and we need to use that money to cover all of our other expenses, including our electric bill, phone bill, doing laundry, over-the-counter medications, toiletries, and cleaning products. The cash assistance benefit is not nearly enough to feed myself and my husband as well.

21. Now that my husband has been added to my SNAP case and we are receiving SNAP as a household of two, I hope that I will not have to go to food pantries so often.

22. HRA's Access HRA mobile app shows that I am classified as an Able-Bodied Adult Without Dependents ("ABAWD").

23. I do not remember ever receiving any papers from HRA that say anything about ABAWDs or explain what the rules are.

24. I have received notices from HRA saying that I must follow general SNAP work requirements.

25. If I have to find a job in order to keep my SNAP benefits, I am very worried that I will lose my benefits, because in the past I have not been able to find a job that accommodates my husband's care needs.

26. I am also worried that I will not be able to get in touch with HRA to ask if there is a way I can be exempted from ABAWD rules, or that HRA will not take action to approve an exemption even if I can reach them. In the past, when I have had to report changes to HRA, I have not been able to get through on the phone because there are very long hold times. Going in person to an HRA center is also difficult because I am not supposed to leave my husband alone for very long. We are supposed to receive home visits from HRA

4

benefits will not last, and I will have to spend hours every week going to food pantries to get enough food. Every additional month where I lose SNAP benefits would be another month of hunger and hardship.

29. I ask the Court to please grant relief to me and others like me in this case.

30. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24 2025.

_____
Laeticia Miguel