UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
URBAN JUSTICE CENTER-SAFETY NET
PROJECT (UJC-SNP), and LAETICIA MIGUEL,
individually, and on behalf of all persons similarly situated,

Plaintiffs

                                                                                             25 Civ. 8869

        -against-

                                                                      ORDER TO SHOW CAUSE

BROOKE ROLLINS, in her official capacity as
Secretary of the U.S. Department
of Agriculture (USDA),

                Defendant.
--------------------------------------------------------------- X

      Upon the annexed ~~declaration~~ affirmation of Pavita Krishnaswamy, dated October 27, 2025, the annexed declaration of HELEN STROM dated October 27, 2025; the annexed declaration of MOLLY WASOW PARK, dated October 27, 2025; the annexed declaration of LAETICIA MIGUEL, dated October 24, 2025; upon the attached exhibits, and Plaintiffs' Memorandum of Law, and upon all the proceedings heretofore had herein, LET the Defendant or Defendant's attorneys show cause before me ~~or one of the Judges of this Court, at a Motion Term of the Federal District Court for the Southern District of New York~~, in Room 2270 of the United States District Court for the Southern District of New York, 500 Pearl Street, in the County of New York, City and State of New York, on the 30th day of October, 2025, at 2:30 o'clock in the afternoon of that day, ~~or as soon thereafter as counsel can be heard,~~ why an Order should not be made, pursuant to 28 U.S.C. § 2202 and Rules 65 and 54, Fed. R. Civ. P.:

1. Granting a preliminary injunction staying Defendant from terminating the waiver of ABAWD work rules and time limits previously issued by USDA on October 2, 2024, and extending through February 28, 2026; and

2. Granting such other and further relief as may be just.

**~~Temporary Restraining Order~~**

~~**BE IT FURTHER ORDERED, that pending the hearing of this motion, LET any action on the part of Defendant to terminate the waiver of ABAWD work rules and time limits previously issued by USDA on October 2, 2024, BE STAYED.**~~

It is further ORDERED that service of this order and all other papers filed in support of the application be served on or before October 27, 2025 at 6:00pm, in accordance with Federal Rule of Civil Procedure 4(i)(1)-(2). ~~SUFFICIENT CAUSE THEREFORE APPEARING, LET personal service of a copy of this order, together with a copy of the affidavits annexed thereto, on Defendants by service upon the U.S. Attorney for the Southern District of New York, on or before the ___ day of _____, 2025, be sufficient.~~ Proof of service of these papers is to be filed with the Court on or before October 28, 2025; and it is further

ORDERED that any papers in opposition be served no later than 12:00pm on Wednesday, October 29, 2025.

```
Dated: New York, New York
       October 27, 2025
```

_____
UNITED STATES DISTRICT JUDGE