UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URBAN JUSTICE CENTER-SAFETY NET PROJECT (UJC-SNP), and LAETICIA MIGUEL, individually and on behalf of all persons similarly situated,

                     Plaintiffs,

          -against-

BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture (USDA),

                     Defendant.

25 Civ. 8869 (NRB)

ORDER GRANTING IFP APPLICATION

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  October 28, 2025
           New York, New York

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE