AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Urban Justice Center-Safety Net Project, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-8869 |
| Brooke Rollins ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brooke Rollins, Secretary of the U.S. Department of Agriculture                         .

Date:   10/29/2025

/s/ Rebecca L. Salk
*Attorney's signature*

*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

rebecca.salk@usdoj.gov
*E-mail address*

(212) 637-2614
*Telephone number*

*FAX number*