UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
URBAN JUSTICE CENTER-SAFETY NET PROJECT
(UJC-SNP), and LAETICIA MIGUEL, individually,
and on behalf of all persons similarly situated,

                 25-Civ.-8869 (NRB)

       -against-

                 NOTICE OF VOLUNTARY
                 DISMISSAL

BROOKE ROLLINS, in her official capacity as
Secretary of the U.S. Department
of Agriculture (USDA),

       Defendant.
-------------------------------------------------------------- X

       Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant BROOKE ROLLINS.

Dated: October 31, 2025
       New York, NY

                                                    _____
                                                       Edward Josephson